UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                                Case No. 1:21-cr-605 (RC)

ISAAC WESTBURY,
AARON JAMES,
ROBERT WESTBURY, and
JONAH WESTBURY,

      **Defendants.**

### ROBERT WESTBURY'S MOTION FOR A BENCH TRIAL

Comes Now Robert Westbury, ("Defendant"), by and through underwritten counsel, with this Motion for a bench trial in this proceeding pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure. Defendant requests that no jury be impaneled and that he be tried by the Court. Counsel requests the Court establish on the record that this is a knowing, intelligent and voluntary waiver by Defendant prior to proceeding with trial. Defendant previously made an election to take this proceeding to a jury trial on February 12, 2024. Some courts require a relatively short pretrial memorandum that summarizes proposed findings of fact and conclusions of law. If such a filing is required in this jurisdiction, Defendant is ready and willing to submit one. Again, Defendant is aware that his motion for a bench trial simultaneously constitutes a waiver of his jury right.

Dated: February 5, 2024                                   Respectfully Submitted,

                                                                      /s/ John M. Pierce
                                                                      John M. Pierce
                                                                      John Pierce Law, P.C.
                                                                      2550 Oxnard Street
                                                                      3rd Floor,  PMB# 172
                                                                      Woodlands, Hills, CA 91367
                                                                      jpierce@johnpiercelaw.com

(213) 279-7648

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, February 6, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce

2