# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-605 (RC) |
| | : | |
| **ISAAC WESTBURY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANTS' MOTION TO CONTINUE TRIAL

Now comes the United States, by and through its attorney, the United States Attorney for the District of Columbia, to respectfully state that the government does not oppose the defendants' motion to continue the jury trial, which is currently scheduled for November 18, 2024. ECF No. 178 ("Def. Mot.").

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   */s/ Cytheria D. Jernigan*
Cytheria D. Jernigan
DC Bar No. 494742
Assistant U.S. Attorney, WDLA
Detailed to the U.S. Attorney's Office
for the District of Columbia
601 D Street NW, Washington, DC 20530
(318) 676-3611 (v)
(318) 676-3663 (f)
Cytheria.Jernigan@usdoj.gov

*/s/Andrew Haag*
Andrew S. Haag
Assistant U.S. Attorney
MA Bar No. 705425
601 D Street NW, Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov